

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Virginia*

---

*Dana J. Boente*
*United States Attorney*

*101 W. Main Street*
*Suite 8000*
*Norfolk, Virginia 23510*

*Kevin Hudson*
*Tel: 757-441-6331*
*Fax: 757 441-6689*
*Email:kevin.hudson@usdoj.gov*

July 7, 2016

Fernando Galindo, Clerk
United States District Court
 for the Eastern District of Virginia
600 Granby Street
Norfolk, Virginia  23510

    Re:   U. S. v. HP Laptop Computer, etc, et al
           Civil Action No. 2:16CV 419

Dear Mr. Galindo:

    Enclosed for filing is a Complaint for Forfeiture Rem, verification, civil cover sheet, three (3) U.S. Marshals Service 285 forms and the Warrant for Arrest in Rem. We have included three (3) copies of the complaint for service.

    I ask that you return the package to Claire Isley, Asset forfeiture Paralegal, who will forward it to U.S. Marshals Service in Richmond for service on the defendants.

    Call me at 757/441-6711 or Claire Isley 757/441-3058 with questions.

                                 Very truly yours,

                                 DANA J. BOENTE
                                 UNITED STATES ATTORNEY

                                 Kevin Hudson
                                 Assistant United States Attorney

Enclosures